United States District Court
Southern District of Texas
**ENTERED**
October 15, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELIEL SORTELO FRANCISCO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-26-7553 |
| | § | |
| MARTIN FRINK, et al., | § | |
| | § | |
| Respondents. | § | |

## ORDER

Pending before the court is Eliel Sortelo Francisco's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief (Docket Entry No. 1) and Respondents' Motion to Stay and in the Alternative, Motion to Dismiss an/or for Summary Judgment (Docket Entry No. 5). Although Respondents' motion cites to exhibits, there are no exhibits attached to the motion.

Respondents' are therefore **ORDERED** to file the cited exhibits by October 22, 2026.

**SIGNED** at Houston, Texas, on this 15th day of October, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE